NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOOKASH NEERANJAN, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| | Civil Action No. 09-CV-5962 (DMC) |
| IMTT TERMINALS, | |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Plaintiff Mookash Neeranjan to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and upon consideration of Plaintiff's application and affidavit;

IT IS on this 26 day of May, 2010;

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **granted**.

Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         All Counsel of Record